**No. 10-7173. Lloyd Richard Deere, Petitioner v. Nevada.**

563 U.S. 957, 131 S. Ct. 2146, 179 L. Ed. 2d 930, 2011 U.S. LEXIS 2948.

April 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1147, 131 S. Ct. 922, 178 L. Ed. 2d 769, 2011 U.S. LEXIS 270.

**No. 10-7274. Eugene Wideman, Petitioner v. Colorado, et al.**

563 U.S. 957, 131 S. Ct. 2146, 179 L. Ed. 2d 930, 2011 U.S. LEXIS 2873.

April 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1224, 131 S. Ct. 1474, 179 L. Ed. 2d 314, 2011 U.S. LEXIS 1441.

**No. 10-7570. Robert Forte, Petitioner v. Christine Barber, et al.**

563 U.S. 957, 131 S. Ct. 2146, 179 L. Ed. 2d 930, 2011 U.S. LEXIS 2832.

April 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1187, 131 S. Ct. 1014, 178 L. Ed. 2d 842, 2011 U.S. LEXIS 899.

**No. 10-7647. Robert Gowan Clayton, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

563 U.S. 957, 131 S. Ct. 2146, 179 L. Ed. 2d 930, 2011 U.S. LEXIS 2835.

April 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1188, 131 S. Ct. 1019, 178 L. Ed. 2d 844, 2011 U.S. LEXIS 777.

**No. 10-7688. Thomas Lamar Keith, Petitioner v. Anthony Washington.**

563 U.S. 957, 131 S. Ct. 2146, 179 L. Ed. 2d 930, 2011 U.S. LEXIS 2865.

April 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1204, 131 S. Ct. 1052, 178 L. Ed. 2d 872, 2011 U.S. LEXIS 1037.

**No. 10-7876. Brach Edward Norris, Petitioner v. Stephen P. Sinclair, Superintendent, Washington State Penitentiary.**

563 U.S. 957, 131 S. Ct. 2146, 179 L. Ed. 2d 930, 2011 U.S. LEXIS 2971.

April 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1228, 131 S. Ct. 1557, 179 L. Ed. 2d 321, 2011 U.S. LEXIS 1659.

**No. 10-7927. Kenneth Brown, Petitioner v. Donald Gaetz, Warden.**

563 U.S. 957, 131 S. Ct. 2147, 179 L. Ed. 2d 930, 2011 U.S. LEXIS 2880.

April 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1205, 131 S. Ct. 1055, 178 L. Ed. 2d 873, 2011 U.S. LEXIS 1007.